FILED
Jun 02, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-mj-0086 EFB |
|---|---|
| Plaintiff, | SEALING ORDER |
| v. | |
| DONLEY THOMPSON, | **UNDER SEAL** |
| Defendant. | |

**ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

Dated: June 2, 2020

Hon. EDMUND F. BRENNAN
United States Magistrate Judge

SEALING ORDER                                1