HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DONLEY THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONLEY THOMPSON,<br><br>Defendant. | Case No. 2:20-mj-00086-KJN<br><br>**STIPULATION OF FACTS GOVERNING DETENTION HEARING**<br><br>Date: June 25, 2020<br>Time: 2:00 P.M.<br>Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Justin Lee, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Donley Thompson that the magistrate judge may find that as to the following facts there is no dispute and such facts shall govern as stipulated facts in the scheduled detention hearing:

If San Francisco Deputy Sheriff Renaldo Rodriguez were called to testify he would establish:

1. Donley Thompson is not a "validated" gang member. When asked by Pretrial Services whether Mr. Thompson was in a gang, Deputy Rodriguez browsed the jail classification database, which merely noted that Mr. Thompson was affiliated with the Harbor Road street gang for classifications purposes if he was in custody at the

-1-

San Francisco County Jail. The defense disputes that he is a member of a gang (validated or otherwise). The government does not intend to produce evidence on this point. This stipulation is responsive to the Pretrial Services report dated 6/12/2020, which asserts that Mr. Thompson is a "validated member of the Harbor Road street gang within the area of Hunter's Point, San Francisco."

IT IS SO STIPULATED.

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: June 23, 2020                */s/ Jerome Price*
                                      JEROME PRICE
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      DONLEY THOMPSON


Date: June 23, 2020                McGREGOR W. SCOTT
                                      United States Attorney

                                      */s/Justin Lee*
                                      JUSTIN LEE
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff