1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO. 2:20-CR-00105-KJM

12                      Plaintiff,    STIPULATION REGARDING EXCLUDABLE
                                      TIME PERIODS UNDER SPEEDY TRIAL
13        v.                          ACT; ORDER

14 ADRIAN OSCAR DURAN,                DATE: January 10, 2022
   DONLEY THOMPSON,                   TIME: 9:00 a.m.
15 DONTE MARCEL ANDERSON,             COURT: Hon. Kimberly J. Mueller
   TRACY WHITFIELD, AND
16 DESTENY SALAZAR,

17                      Defendants.

18

19                        **STIPULATION**

20      1.      By previous order, this matter was set for status on January 10, 2022.

21      2.      By this stipulation, defendants now move to continue the status conference

22 until March 28, 2022,, and to exclude time between January 10, 2022, and March 28,

23 2022,, under Local Code T4.

24      3.      The parties agree and stipulate, and request that the Court find the

25 following:

26           a)      The government has represented that the discovery associated with

27 this case includes hours of video recordings from police body cameras and

28 surveillance cameras; cellular telephone extractions, photographs, audio recordings,

and investigative reports.

b)      Counsel for defendants desire additional time consult with their clients, review the discovery, conduct defense investigation, and otherwise prepare for trial.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 10, 2022, to March 28, 2022,, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 5, 2022                              PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ JUSTIN L. LEE
                                                   JUSTIN L. LEE
                                                   Assistant United States Attorney

Dated: January 5, 2022                              /s/ JOHN MANNING
                                                   JOHN MANNING
                                                   Counsel for Defendant
                                                   Adrian Duran

Dated: January 5, 2022                              /s/ NOA OREN
                                                   NOA OREN
                                                   Counsel for Defendant
                                                   Donley Thompson

Dated: January 5, 2022                              /s/ MICHAEL CHASTAINE
                                                   MICHAEL CHASTAINE
                                                   Counsel for Defendant
                                                   Donte Marcel Anderson

Dated: January 5, 2022                              /s/ MICHAEL HANSEN
                                                   MICHAEL HANSEN
                                                   Counsel for Defendant
                                                   Tracy Whitfield

Dated: January 5, 2022                              /s/ JARED FAVERO
                                                   JARED FAVERO
                                                   Counsel for Defendant
                                                   Desteny Salazar

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

   IT IS SO ORDERED this 12th day of January 2022.  The status conference is continued to March 28, 2022,, at 9:00 a.m., time between January 10, 2022, and March 28, 2022, is excluded.

_____

CHIEF UNITED STATES DISTRICT JUDGE